**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7469**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MERLIN WAYNE TURNER,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-97-166-MU, CA-00-497-MU)

———————————

Submitted: January 28, 2002       Decided: February 28, 2002

———————————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Merlin Wayne Turner, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Merlin Wayne Turner seeks to appeal the district court's order granting the Government's motion for summary judgment and denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Turner, Nos. CR-97-166-MU; CA-00-497-MU (W.D.N.C. filed June 26, 2001 & entered June 29, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Turner claims that counsel was ineffective for failing to inform him that he would be exposed to a mandatory ten-year term of supervised release. Because he failed to present this claim to the district court, we decline to address it. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that claims raised for the first time on appeal will not be considered absent exceptional circumstances).

2